**Kathleen RILEY, Plaintiff–Appellant,**

**v.**

**Jonathan BROOK, Defendant–Appellee.**

**No. 15–4150–cv**

United States Court of Appeals, Second Circuit.

June 23, 2016

For Plaintiff–Appellant: Sharon L. Annis, Buehler & Annis, P.L.C., Brattleboro, VT.

For Defendant–Appellee: Allan R. Keyes & Eric J. Morgan, Ryan Smith & Carbine, Ltd., Rutland, VT.

PRESENT: José A. Cabranes, Susan L. Carney, Christopher F. Droney, Circuit Judges.

## SUMMARY ORDER

Plaintiff-appellant Kathleen Riley appeals from the District Court's November 24, 2015 judgment dismissing her complaint as barred by the applicable statute of limitations. "We review *de novo* a district court's grant of a motion to dismiss, including its legal interpretation and application of a statute of limitations...." *Deutsche Bank Nat. Trust Co. v. Quicken Loans Inc.*, 810 F.3d 861, 865 (2d Cir. 2015). Applying this standard, we affirm, substantially for the reasons stated by the District Court in its thorough and well-reasoned November 24, 2015 opinion and order. *See Riley v. Brook*, No. 2:15–CV–150, 2015 WL 7572308 (D. Vt. Nov. 24, 2015) (citing Vt. Stat. Ann. tit. 12, § 513 (2016)).

## CONCLUSION

We have considered all of Riley's arguments on appeal and found them to be without merit. Accordingly, the November 24, 2015 judgment of the District Court is **AFFIRMED.**